# Exhibit 1



Re: NPDES Permit, Ohio EPA No. 3IA00006*AD
(Formerly A 306 *AD)
Jaite Mill, Sagamore Hills

CERTIFIED MAIL

Mr. Jim Robideau, Sr., President  September 15, 1983
Tecumseh Corrugated Box Company
Tecumseh, Michigan 49286

Dear Mr. Robideau:

In May, 1982, Mr. Douglas C. Hasbrouck, chief of Ohio EPA's Northeast District Office, wrote to you concerning your Jaite Mill Division. The undersigned is writing because the situation discussed in that letter has not been rectified.

Specifically, the plant still discharges suspended solids and oxygen consuming materials in excess of the amounts authorized by its wastewater discharge permit (NPDES permit).. The principal cause of these violations is that the settling ponds have not been dredged for over ten years, a grossly excessive length of time. Also, the frequency of monitoring for oxygen consuming materials ranges from barely adequate to inadequate.

Furthermore, and equally as serious, your firm has not submitted a permit renewal application Form 2C to supplement its short Form R renewal application. The old permit clearly states that discharge past its expiration date is unlawful unless an adequate renewal application is filed.

This agency must insist that your firm come into compliance with its permit. Your wastewater seriously affects the receiving stream, Brandywine Creek, and the effect will be much more noticeable after a large sewage treatment plant just upstream connects to the Cuyahoga Valley Interceptor.

Therefore, within fourteen (14) days of receipt of this letter, please provide the undersigned with written assurance that you will perform all work necessary to come into compliance with the permit. We would expect the work to be completed as soon as possible and certainly before inclement weather.

After the work is done, please have your staff contact the undersigned to arrange a follow-up inspection. Finally, please direct your staff to file a completed Form 2C.

The undersigned will recommend court action upon any of these three events:

   1. Your Form 2C is not received in this office by Monday, October 17.

*Bob Maynard – EPA columbus*

Northeast District Office
2110 E. Aurora Road, Twinsburg, Ohio 44087-1969  (216) 425-9171



Tecumseh Corrugated Box Co.
September 15, 1983
Page -2-

  2. Your written reply to this letter is not received within the time specified above.

  3. The necessary work is not completed promptly.

Please consult Ohio Revised Code Chapter 6111 for penalties for violation of state water pollution control laws. Also, please be advised that out-of-state corporations may be sued in Columbus rather than in the local courts.

Sincerely,

William J. Miller
Environmental Engineer
Industrial Wastewater Group
Division of Wastewater Pollution Control

WJM:mjo

cc: Ben Lahoski, Plant Mgr. w/a

Encl.