# Exhibit 2



# United States Department of the Interior

NATIONAL PARK SERVICE
CUYAHOGA VALLEY LAND ACQUISITION OFFICE
313 BOSTON MILLS ROAD
PENINSULA, OHIO 44264

IN REPLY REFER TO:

September 20, 1983

L1425

Mr. William J. Miller
Environmental Engineer
Division of Industrial Wastewater
Ohio EPA
2110 E. Aurora Road
Twinsburg, Ohio 44087

RE: Tecumseh Corrugated Box, Jaite Mill Division (Tract No. 107-117)

Dear Mr. Miller:

Thank you for your call yesterday concerning the intentions of the National Park Service, Cuyahoga Valley National Recreation Area with reference to the Tecumseh Box plant.

This office is now in the process of negotiating the purchase of four tracts of land comprising fifty one (51) acres of vacant land adjoining the plant and owned by Tecumseh Corrugated Box. We have also ordered an appraisal of the plant and trade fixtures with the hope of being in a position to acquire the property in fiscal 1984.

In light of the Park's imminent acquisition plans, dredging of the settling ponds located on the Tecumseh property would adversely affect the area for Park purposes.

Consequently, we encourage your office to withdraw your request for dredging in this area, with the assurance that this office will diligently persue acquisition of the plant and thereby totally eliminate the wastewater discharge problem.

If we can be of further assistance, please do not hesitate to call on us. Akron 650-4531 -- Cleveland 656-1718.

Sincerely,

Jack Blanton

J. W. (Jack) Blanton
Land Acquisition Officer