# Exhibit 4



Re: Tecumseh Corrugated Box Company

CERTIFIED MAIL

November 6, 1984

Ernest R. Genovese
Attorney at Law
800 Centran Building
Akron, Ohio 44308

Dear Mr. Genovese:

I am writing in response to your letter of October 17, 1984, to Paul Flanigan wherein you seek postponement of the deadline established to close the Tecumseh Corrugated Box Company facility at its present location in Brecksville, Ohio. This deadline is November 15, 1984, as noted in your letter. The original deadline for plant closure was set for September 15, 1984 but Ohio EPA agreed to extend the deadline to November 15th because the new Tecumseh plant would not be ready for occupancy. We recognized, too, that proceedings to appraise Tecumseh's Brecksville property and to negotiate its sale to the U.S. government had fallen behind schedule.

I have been advised by my staff that the inadequately treated wastewater discharge that is the cause for Ohio EPA concern, and for our interest in possible enforcement action, is generated by the Company's Paper Mill Division. It is our understanding that upon completion of Tecumseh's new facility in Twinsburg Township, the Paper Mill Division will be closed, and that only the Box Board Division will be relocated when the new facility is complete. Further, our investigation reveals that the new facility should be ready for occupancy in late November or early December, 1984. Given Tecumseh's intention to close the Paper Mill Division and to relocate the Box Board Division, together with the near completion of the new facility, this Agency agrees to new deadline of December 15, 1984 for the Brecksville plant closure.

Since 1976, Tecumseh has explained its noncompliance with the now-expired NPDES discharge permit by claiming that its property will be purchased by the U.S. Department of Interior, that the facility will be closed and therefore that the expense of dredging Tecumseh's wastewater treatment lagoons is not warranted. I feel that this Agency has been very patient with both the

**State of Ohio Environmental Protection Agency**
361 E. Broad St., Columbus, Ohio 43216-1049, (614) 466-8565

Ernest R. Genovese
Page Two

Tecumseh Corrugated Box Company and with the Department of Interior. My staff reports that Tecumseh's longstanding noncompliance has an adverse impact upon the water quality of Brandywine Creek and the Cuyahoga River. Sludge deposits, with paper fibers, are observed. Your compliance with the December 15 deadline is necessary.

Very truly yours,

Robert H. Maynard
Director

RHM/mts

cc: Andy Turner
    Bob Phelps/Mike Savage
    Doug Hasbrouck, Chief, NEDO
    Dennis Lee/Bill Miller, NEDO
    Al Franks, PIC