# Exhibit 5



Wooded Floodplain
<< Brandywine Creek
Access Road
Wooded Floodplain
Marsh
P3
Existing
Pond
Marsh
AERATION &
SETTLING
PONDS
P3
Former Pond
P2
Former
Pond
P1
Existing Pond
Brandywine Lake
Beside Towpath
Leach
Field
Baled Paper Storage
Former Power House
Transformer
Pad
Welding
Storage
Building
Pond
Pulp Storage
Former Pulp Mill
1N
Central
Waste
Pile
1S-A
1S-B
Former Septic
Tank
Dump Site
UST
Area 3
Chlorinated VOC
Use Area
Trucks and
Repair Shop
Boilers
Beaters
Rotary Mixers
Prism
Central
Waste
Pile
2N
2S
Machine Shop
Autos
Fourdrinier Paper Machines
Machine
Shop
Weld Shop
Electric Shop
UST
Area 2
Wooden Warehouse
Offices
Misc. Storage
Box Shop
Loading Dock
Mill Supply Storage
Offices
Rolled Paper Storage
FORMER JAITE
MILL BUILDING
Offices
UST Area 1
Former #6 Oil ASTs
Paste Room
New Power House
Loading Dock
Ohio and Erie Canal
Towpath Trail
Oil Well
& ASTs
Brandywine Ski Resort
<< Cuyahoga River
Wooded Floodplain
Former Gas and
Kerosene ASTs
2 Artesian Wells
(Approximate Location)
Unnamed Lake
Southern
Waste Pile
Southeastern
Waste Pile
Notes:
- Coordinate system: Ohio State Plane North, NAD 1983
- All locations of Site features are approximate
- All above-ground structures of the former mill building were demolished in 2006. The septic tank and catch basins were demolished and filled-in. Below-grade basement areas were filled-in. Currently, the former building footprint is composed of the concrete and foundation with the Fourdrinier machine in its original location.
- Sources: EDG, 1993; URSG, 1997; Summit County 2010
Legend
Investigation Potential Source Areas
Former Mill Building
Dirt Road (Digitized from 2006 aerial photos)
Railroad Tracks (Existing)
Railroad Spurs (Former)
Towpath
Oil Well (Approx.)
Artesian Well Area (Approximate)
Former Building (Slab present)
Surface Water in 2010 Aerial Photo
2 Foot Ground Surface Elevation Contour (AMSL)
Site Outline
0 75 150 300
Feet
N
Services and Construction
FIGURE 2-1: SITE LAYOUT AND FEATURES
FORMER JAITE PAPER MILL
CUYAHOGA VALLEY NATIONAL PARK, OHIO
Drawn by: KR Checked by: MM Date: 5/4/2020 Project No.: NPS 001 P16PX02044